IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER STOCKTON | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 3:10-cv-00539 |
| vs. | § | |
| | § | |
| CREDIT & COLLECTION | § | |
| SOLUTIONS, INC. AND | § | |
| RONALD E. ALLEN, SR., | § | |
| Defendant | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Southern District of Texas, Galveston Division, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted,

By: /s/Dennis R. Kurz
Dennis R. Kurz
Texas State Bar # 24068183
Attorney in Charge for Plaintiffs

WEISBERG & MEYERS, L.L.C.
5927 Almeda Road
#20818
Houston TX 77004
 (888) 595-9111 ext. 412
(866) 842-3303 (fax)
 (888) 595-9111 ext. 412
(866) 842-3303 (fax)

## CERTIFICATE OF SERVICE

     I certify that on 12th day of January, 2011, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Galveston Division using the electronic case filing system of the court.

                                                 /s/  Dennis R. Kurz
                                                 Dennis R. Kurz