UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER STOCKTON, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. G-10-539 |
| | § | |
| CREDIT & COLLECTION SOLUTIONS, INC., *et al*, | § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached.

The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within sixty (60) days after the entry of this order.

It is so Ordered.

SIGNED at Houston, Texas this 18th day of January, 2011.

_____
Kenneth M. Hoyt
United States District Judge