IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER STOCKTON | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 3:10-cv-00539 |
| vs. | § | |
| | § | |
| CREDIT & COLLECTION | § | |
| SOLUTIONS, INC. AND | § | |
| RONALD E. ALLEN, SR., | § | |
| Defendant | § | |

## NOTICE OF DISMISSAL PURSUANT TO SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Southern District of Texas, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

                                                Respectfully submitted,

                                                By: /s/Dennis R. Kurz
                                                Dennis R. Kurz
                                                Texas State Bar # 24068183
                                                Southern District Bar No. 1045205
                                                Attorney in Charge for Plaintiffs

WEISBERG & MEYERS, L.L.C.
Two Allen Center
1200 Smith Street
16th Floor
Houston, TX 77002
(888) 595-9111 ext. 412
(866) 842-3303 (fax)

## **CERTIFICATE OF SERVICE**

      I certify that on March 4, 2011, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Houston Division using the electronic case filing system of the court.

                                                                        /s/  Dennis R. Kurz
                                                                        Dennis R. Kurz